IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES ASHFORD**                                                      **PLAINTIFF**
**ADC #133975**

**V.**                  **CASE NO. 5:09CV00224 JLH/BD**

**WALTER WASHINGTON,** *et al.*                         **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint (docket entry #2) is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A. Plaintiff's motion for leave to proceed *in forma pauperis* (docket entry #1) is DENIED as moot. Plaintiff's motion for appointment of counsel (docket entry #5) is DENIED. Plaintiff's motion for extension of time to file objections to the Recommended Disposition (docket entry #6) is DENIED. The dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 16th day of September, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE